UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CARLOS A. ABADI,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-43315 (JMM) |

**STIPULATION AND ORDER EXTENDING THE TRUSTEE'S TIME TO OBJECT TO THE DEBTOR'S DISCHARGE AND EXEMPTIONS**

This stipulation (the "Stipulation") is made and entered into by and between (I) Eric Huebscher (the "Trustee"), in his capacity as chapter 7 trustee of the estate of Carlos A. Abadi the above-captioned debtor (the "Debtor"), and (II) the Debtor (parties to the Stipulation are each a "Party," collectively the "Parties"), as follows:

**RECITALS**

A. On August 9, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York (the or this "Court").

B. On the Petition Date, David J. Doyaga was appointed the interim Chapter 7 Trustee for the Debtor [Docket No. 4]. The first § 341(a) meeting of creditors (the "341 Meeting") in the Debtor's case was scheduled for September 19, 2024, at 12:30 p.m.

C. The deadline for the Trustee to file a complaint objecting to discharge under section 727 of the Bankruptcy Code, is November 18, 2024 (the "Discharge Deadline").

D. The deadline for the Trustee to file an objection to the exemptions claimed by the Debtor under section 522 of the Bankruptcy Code, is no sooner than December 7, 2024 (the "Exemption Objection Deadline").

E. On August 13, 2024, secured creditor, Honeedew Investing LLC ("Honeedew")

filed an emergency *Motion to (I) Jointly Administer Related Bankruptcy Cases; (II) Modify the Automatic Stay; (III) Advance Section 341(A) Hearing to Coincide with Prior Pending Case; and (IV) for Related Relief* [Docket Nos. 8 – 12, 14] (the "Honeedew Motion").

F. In the Amended Honeedew Motion filed on August 14, 2024, Honeedew referenced its request asserted in the pending Chapter 7 Case of his wife, Barbara J. Abadi, for the United States Trustee to convene and hold an election, pursuant to 11 U.S.C. § 702, for the appointment of permanent trustee of Barbara J. Abadi's case and reiterated the same request for this Debtor's Chapter 7 Case [Docket No. 14] (the "Trustee Election").

G. The Trustee Election was held on September 19, 2024, at the Debtor's adjourned § 341(a) meeting. After examining the Debtor, the Presiding Officer distributed ballots, and Honeedew, the only creditor present, voted for Eric Huebscher as trustee of the Debtor's Chapter 7 Case. There were no objections to the request for the Trustee Election, the nominee, or the election.

H. On September 24, 2024, the United States Trustee filed a *Report Certifying the Election of Chapter 7 Trustee* [Docket No. 21].

I. On September 24, 2024, the Trustee employed KWJSS to serve as his general counsel in the Debtor's case, subject to the approval of this Court.

J. On September 27, 2024, Mr. Huebscher filed his *Notice of Acceptance of Appointment as Chapter 7 Trustee* [Docket No. 23].

## AGREEMENT

**NOW THEREFORE**, relying specifically on the foregoing recitals and in consideration of the mutual promises and covenants contained herein, the Parties hereby stipulate and agree as follows:

1. Recitals Incorporated. The recitals and precatory phrases and paragraphs set forth above are hereby incorporated in full and made a part of this Stipulation.

2. Extension of Time. The Discharge Deadline and Exemption Objection Deadline, as defined above, shall be further extended until **December 18, 2024**, without prejudice to the Trustee's ability to request further extensions within the then-prevailing deadline.

3. Entire Agreement/No Oral Modification. The Parties represent that this Stipulation constitutes the entire agreement among them in this matter and that this Stipulation may not be changed, modified or altered in any way or manner, except in writing, signed by the party against which such change, modification or alteration is sought to be enforced.

4. Execution of Counterparts. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. Any signature delivered by a party via e-mail or telecopier transmission shall be deemed an original signature hereto.

5. Bankruptcy Court Jurisdiction/Choice of Law. The Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to this Stipulation, including, without limitation, for purposes of enforcing the terms and conditions of this Stipulation. This Stipulation shall be governed by the laws of the State of New York.

6. No Waiver. No failure or delay by either Party in exercising any right, power, or privilege under this Stipulation or applicable law shall operate as a waiver by that Party of any such right, power or privilege.

7. Severability. The invalidity, illegality, or unenforceability of any provision of this Stipulation shall not affect any other provision of this Stipulation, which Stipulation shall remain

in full force and effect and shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

8. Representations of Authority. The persons signing below each represents and warrants that he/she has the authority to enter into this Stipulation on behalf of the Party on whose behalf he/she so signs. The undersigned counsel, each represent that they have the full power and authority necessary to bind their respective clients to the terms of this Stipulation, in the same manner as if the clients have duly executed the same.

9. Costs. Each party to this Stipulation shall bear its own attorneys' fees and costs.

[*Signature Page Follows*]

**IN WITNESS WHEREOF**, the Parties have caused this Stipulation to be executed by their duly authorized representatives as of the date set forth below.

Dated: New York, New York
October 8, 2024

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Kathleen M. Aiello*
Kathleen M. Aiello
200 West 41st St., 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: kaiello@klestadt.com

*Counsel to Eric Huebscher, Chapter 7 Trustee*

Dated: New York, New York
October 9, 2024

**PICK & ZABICKI LLP**

By: */s/ Douglas J. Pick*
Douglas J. Pick
369 Lexington Avenue, 12th Floor
New York, New York 10017
Tel: (212) 695-6000
Email: dpick@picklaw.net

*Counsel to the Debtor*